PAUL ALAN LEVY
(pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725
plevy@citizen.org

PHILLIP R. MALONE
California Bar No. 163969
JUELSGAARD INTELLECTUAL PROPERTY
   AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 725-6369
pmalone@law.stanford.edu

Attorneys for Plaintiff Mockingbird Foundation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
(San Francisco Division)

| | |
|---|---|
| THE MOCKINGBIRD FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUANG-TUAN LUONG, <br><br> Defendant. | Case No. 3:19-cv-05671-RS <br><br> STIPULATION FOR THE AWARD OF ATTORNEY FEES, COSTS, AND EXPENSES AND ORDER |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff The Mockingbird Foundation ("Mockingbird") be awarded attorney fees under the Copyright Act in the amount of TEN THOUSAND DOLLARS ($10,000.00) (the "Total Amount"), subject to the following terms:

1. Mockingbird filed this copyright declaratory judgment action against Luong on September 9, 2019. After Luong granted a narrow license for the disputed material, Mockingbird filed a First Amended Complaint on November 11, 2019. The Court denied Luong's motion to dismiss on February 20, 2020. After Luong granted a broader, judicially enforceable, and irrevocable license, the case was dismissed on Mockingbird's motion on March 10.

2. To resolve Mockingbird's claim to attorney fees, costs, and expenses without further litigation, the parties agree that defendant Quang-Tuan Luong will pay the Total Amount to Public Citizen Litgation Group, counsel for Mockingbird, on the following schedule:

   a. $3500 no later than May 20, 2020,

   b. $3500 no later than August 15, 2020,

   c. $3000 no later than November 1, 2020.

3. The Total Amount represents compensation for all legal services rendered and all costs and expenses incurred on behalf of Mockingbird, to date, by counsel in connection with this civil action.

4. This Stipulation constitutes a compromise of Mockingbird's claim for attorney fees, costs, and expenses, and does not constitute an admission of liability under the Copyright Act on the part of Luong or his counsel that he owed or does owe attorney's fees or other monies to Mockingbird or to its counsel.

5. Luong's payment of the Total Amount shall constitute a complete release from, and bar to, any and all claims that Mockingbird, Mockingbird's agents and officers, Mockingbird's volunteers, and/or Mockingbird's affiliated organizations may have relating to attorney fees and expenses in connection with this action.

6.   The parties agree that the Court shall retain jurisdiction to enforce this settlement..

Dated: May 14, 2020

By: /s/ Paul Alan Levy

PAUL ALAN LEVY (pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725
plevy@citizen.org

By: /s/ Phillip R. Malone

PHILLIP R. MALONE
California Bar No. 163969
JUELSGAARD INTELLECTUAL PROPERTY AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 725-6369
pmalone@law.stanford.edu

Attorneys for Plaintiff

By:   /s/ Mathew K. Higbee
Mathew K. Higbee
California Bar No. 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Suite 112
Santa Ana, California 92705-5418
Telephone: (714) 361-1967
Facsimile: (866) 534-7049
mathewhigbee@higbeeasociates.com

Attorney for Defendant

IT IS SO ORDERED

Dated: May 14, 2020

_____
HONORABLE RICHARD SEEBORG
United States District Judge

3